FILED

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0600

_____

BUSCHER CONSTRUCTION AND
DEVELOPMENT, INC., a Montana Corporation,
BUSCHER CONSTRUCTION, LTD., a Montana
Corporation, AVIARA, INC., a Montana
Corporation, FALCON RIDGE, LLC, a Montana
Limited Liability Company, FALCON RIDGE II,
LLC, a Montana Limited Liability Company,
DENNIS BUSCHER, LINDA BUSCHER,
TRENT BUSCHER, and DOES 1-10,

        Defendants and Appellants,

     v.

RALPH COOK, BARBARA COOK, Individually
and on behalf of classes or similarly situated
Montanans,

        Plaintiffs and Appellees.

     and

METRO REALTORS, LLP, a Montana Limited
Liability Partnership,

        Cross-Plaintiff,

     v.

BUSCHER CONSTRUCTION AND
DEVELOPMENT, INC., a Montana Corporation,
BUSCHER CONSTRUCTION, LTD., a Montana
Corporation, AVIARA, INC., a Montana
Corporation, FALCON RIDGE, LLC, a Montana
Limited Liability Company, FALCON RIDGE II,
LLC, a Montana Limited Liability Company,
DENNIS BUSCHER, LINDA BUSCHER,
TRENT BUSCHER, and DOES 1-10,

        Cross-Defendants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2024